**Order entered February 16, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00022-CV

## IN THE INTEREST OF T.B.S., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-19030**

## ORDER

Before the Court is appellant's February 8, 2023 motion for an extension of time to file an amended brief as requested by the Court. We **GRANT** the motion and extend the time to **March 10, 2023**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE